**Order filed October 6, 2022**



In The

# Fourteenth Court of Appeals

———————————

## NO.  14-20-00209-CR
———————————

**TAYLOR  GUILLORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1596766**

## ORDER

On July 14, 2022, we abated this appeal and directed the trial court to conduct for a hearing on appellant's motion for new trial. A record of that hearing and a supplemental clerk's record containing the trial court's signed order denying appellant's motion for new trial, and the trial court's findings of fact and conclusions of law, have been filed. Accordingly, the appeal is reinstated.

Appellant's supplemental brief, if any, is due within 30 days of the date of this order. The State's supplemental brief, if any, is due thirty days after the appellant's supplemental brief is filed.


PER CURIAM


Panel Consists of Justices Wise, Bourliot and Zimmerer.